McGARRY CONTRACTING Co., INC., Respondent, *v.* BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.

Argued October 19, 1942; decided November 25, 1942.

*William C. Chanler, Corporation Counsel* (*Paxton Blair, John G. Clancy* and *Nelson Rosenbaum* of counsel), for appellant.

*Frank Weinstein* and *Samuel J. Levinson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, and DESMOND, JJ. Taking no part: CONWAY, J.